Prob 12
(Rev. 3/88)

# UNITED STATES DISTRICT COURT
## For The
## WESTERN DISTRICT OF PENNSYLVANIA

U.S.A. vs. Christopher D. Smith                                      Docket No. 01-00036-005

### Petition on Supervised Release

  COMES NOW Theodore W. Johnson, CHIEF PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of Christopher D. Smith, who was placed on supervision by the Honorable Gary L. Lancaster sitting in the Court at Pittsburgh, Pennsylvania, on the 6th day of December 2002, who fixed the period of supervision at 5 years and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

- Shall not commit another Federal, state or local crime and shall not illegally possess a controlled substance.
- Shall submit to urinalysis testing and treatment if necessary.

| | |
|---|---|
| 12-06-2002: | Conspiracy to Distribute in Excess of 5 Kilograms of Cocaine and in Excess of 50 Grams of Cocaine Base. Sentenced to 235 months custody of the Bureau of Prisons, followed by 5 years Supervised Release. |
| 03-04-2005: | Sentence amended to reflect a sentence of imprisonment of 72 months. Remainder of original sentencing order in effect. |
| 02-02-2007: | Released to supervision; currently supervised by USPO Rosa A. Doherty. |

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:**

**The defendant shall not commit another Federal, state or local crime and shall not illegally possess a controlled substance.**

**The defendant shall not leave the judicial district without the permission of the court or probation officer.**

On December 16, 2010, the defendant was arrested by agents of the DEA in Mahoning County, Ohio, and has been charged with distribution of controlled substance, specifically cocaine, in the Youngstown, Ohio area. The defendant was in Ohio without the permission of the Probation Office

2010 DEC 17 AM 8:45
U S DISTRICT COURT
FILED

U.S.A. vs. Christopher D. Smith
Docket No. 01-00036-005
Page 2

PRAYING THAT THE COURT WILL ORDER that a bench warrant be issued for the supervised releasee's arrest and that the warrant be lodged as a detainer at Mahoning County, Ohio, Jail.

ORDER OF COURT

Considered and ordered this 20th day of Dec, 2010 and ordered filed and made a part of the records in the above case.

_____
Gary L. Lancaster
Chief U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct.

Executed on December 16, 2010

_____
Rosa A. Doherty
U.S. Probation Officer

_____
Mike DiBiasi
Supervising U.S. Probation Officer

Place: Pittsburgh, PA